# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION            PLAINTIFF

v.            Case No. 4:11CV00042 JLH

DASSAULT AVIATION S.A. and DASSAULT
FALCON JET CORPORATION            DEFENDANTS

## ORDER

On Wednesday, January 26, 2011, the Court held an evidentiary hearing on Monte Carlo's request for a preliminary injunction. The Court then issued an order establishing deadlines by which the parties must respond to the pending motions and brief the issues raised in the evidentiary hearing.

The Court also instructs the parties to brief the issue of dismissing the complaint and request for injunctive relief on *forum non conveniens* grounds. *See Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 127 S. Ct. 1184, 167 L. Ed. 2d 15 (2007); *Palmco Corp. v. JSC Techsnabexport*, 448 F. Supp. 2d 1194 (C.D. Cal. 2006).

IT IS SO ORDERED this 26th day of January, 2011.

                                       _____
                                       J. LEON HOLMES
                                       UNITED STATES DISTRICT JUDGE