**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTE CARLO AVIATION CORPORATION						PLAINTIFF

v.				No. 4:11CV00042 JLH

DASSAULT AVIATION S.A.; and
DASSAULT FALCON JET CORPORATION						DEFENDANTS

**ORDER**

  Monte Carlo Aviation Corporation has moved to dismiss Dassault Falcon Jet Corporation without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. Dassault Falcon Jet Corporation has not filed an answer and has not filed a motion for summary judgment, so Monte Carlo Aviation Corporation is entitled to dismiss Dassault Falcon Jet Corporation without prejudice. The motion is GRANTED. Document #19. Dassault Falcon Jet Corporation is hereby dismissed without prejudice.

  IT IS SO ORDERED this 31st day of January, 2011.

                _____
                J. LEON HOLMES
                UNITED STATES DISTRICT JUDGE