**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTE CARLO AVIATION CORPORATION                                               PLAINTIFF

v.                                    Case No. 4:11CV00042 JLH

DASSAULT AVIATION S.A. and DASSAULT
FALCON JET CORPORATION                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 1st day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE